# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RAY KEEL,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>           Defendants.<br>                                      / | CASE NO. 1:05-CV-01298-AWI-LJO<br><br>ORDER DIRECTING CLERK OF COURT TO REMOVE "PC" DESIGNATION FROM CASE, AND ISSUE ANY APPLICABLE STANDING ORDERS AND A SCHEDULING ORDER |

    This action was initiated on September 22, 2005, as a civil rights 440 action. (Doc. 1.) A complaint was subsequently submitted by Plaintiff's counsel on October 10, 2005. (Doc. 3.) The Clerk's Office thereafter designated this action as a prisoner civil rights action in error, and issued the standard litigant letter for prisoners proceeding pro se. Plaintiff may disregard the litigant letter, as he is represented by counsel. Further, the Clerk of the Court shall:

    1.    Remove the "PC" designation from this case;

    2.    Issue any applicable standing orders; and

    3.    Issue a scheduling order.

IT IS SO ORDERED.

**Dated:   October 18, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE