BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
 Fax: (916) 324-5205
 Email: Van.Kamberian@doj.ca.gov

Attorneys for California Department of Corrections
and Rehabilitation, California State Prison - Corcoran,
Scribner, Ortiz, Reed, Payne and Brandon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GLENN RAY KEEL, JR.,** | CIV-F-05-1298 AWI LJO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

On November 16, 2005, Plaintiff filed a first amended complaint for violation of civil rights alleging the following causes of action: (1) deliberate indifference to health and safety; and (2) due process violation for conditions of confinement.

Pursuant to Local Rule 6-144(a) the parties by and through their counsel of record stipulate as follows:

/ / /

1 | Defendants California Department of Corrections and Rehabilitation, California State Prison - Corcoran, Scribner, Ortiz, Reed, Payne and Brandon shall be provided an extension of time to file their responsive pleading. Defendants' responsive pleading in this matter shall be due on January 14, 2006.

DATED: 12/21/2005        /s/ Van Kamberian
                         VAN KAMBERIAN
                         Deputy Attorney General
                         Attorneys for Defendants


DATED:                   /s/ James K. Cobb
                         JAMES K. COBB
                         Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   December 23, 2005**         /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE