1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone: (916) 324-3892
8 |   Fax: (916) 324-5205
  Email: Van.Kamberian@doj.ca.gov

Attorneys for California Department of Corrections
and Rehabilitation, California State Prison - Corcoran,
Woodford, Scribner, Ortiz, Reed, Payne and Brandon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GLENN RAY KEEL, JR.,** | CIV-F-05-1298 AWI LJO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **CDCR, et al,** | |
| Defendants. | |

On November 16, 2005, Plaintiff filed a first amended complaint for violation of civil rights alleging the following causes of action: (1) deliberate indifference to health and safety; and (2) due process violation for conditions of confinement.

Pursuant to Local Rule 6-144(a) the parties by and through their counsel of record stipulate as follows:

/ / /

/ / /

1 | Defendant Woodford shall be provided an extension of time to file her responsive
2 | pleading. Defendant's responsive pleading in this matter shall be due on January 14, 2006.

4 | DATED: January 3, 2005        /s/ Van Kamberian
　　　　　　　　　　　　　　　　　　VAN KAMBERIAN
5 |                               Deputy Attorney General
                                  Attorneys for Defendants

8 | DATED: January 6, 2006        /s/ James K. Cobb
　　　　　　　　　　　　　　　　　　JAMES K. COBB
9 |                               Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   January 17, 2006**            /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Time for Defendant to File a Responsive Pleading

2