IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RAY KEEL JR., ) | CV F 05-1298 AWI LJO |
| ) | |
| Plaintiff, ) | **ORDER REFERRING MOTION TO** |
| ) | **MAGISTRATE JUDGE** |
| v. ) | |
| ) | ORDER VACATING FEBRUARY 27, |
| CDRC, et. el., ) | 2006 HEARING |
| ) | |
| Defendant. ) | (Document #23) |

 In this action, Plaintiff Glenn Ray Keel Jr., brings a civil rights action against Defendants for their failure to protect him from another inmate and failure to provide medical care when Plaintiff was incarcerated in state prison in violation of Plaintiff's Eighth Amendment and Fourteenth Amendment rights.   Because Plaintiff is no longer incarcerated and is represented by an attorney, this action was not automatically referred to the Magistrate Judge and given a "P" designation.

 Pending before the court is Defendants' motion to dismiss.   Given the allegations in this action concern conditions of confinement in state prison and are brought under 42 U.S.C. § 1983, the court finds the pending motion should be referred to the Magistrate Judge pursuant to Local Rule 72-302(c)(17).

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to the Magistrate Judge to issue Findings and Recommendations pursuant to Local Rule 72-302(c)(17);

2. The February 27, 2006 hearing before the undersigned is VACATED; and

3. If after receiving reviewing the motion, the Magistrate Judge desires a hearing, the Magistrate Judge will set a new date and time for a hearing before the Magistrate Judge.

IT IS SO ORDERED.

**Dated:**   **February 10, 2006**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE