# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RAY KEEL, | CASE NO. 1:05-CV-01298-AWI-LJO |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION |
| v. | (Doc. 32) |
| CDCR, et al., | |
| Defendants. | |

On May 5, 2006, pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b), defendants filed a motion to dismiss for failure to exhaust the available administrative remedies, in compliance with 42 U.S.C. § 1997e(a).  Plaintiff filed an opposition to the motion on May 26, 2006, asserting that because he was not a prisoner at the time he filed suit, the section 1997e(a) exhaustion requirement does not apply.  Defendants did not file a reply.

The court has an overwhelming number of cases pending before it.  If defendants do not dispute that plaintiff was not a prisoner at the time he filed suit and do not dispute that section 1997e(a) does not apply, the court would appreciate the courtesy of that concession and the withdrawal of the motion so that the court does not utilize its resources addressing an unnecessary motion.  If, in the alternative, defendants do not concede that plaintiff's position is correct and have an argument concerning plaintiff's status at the time of filing suit and/or the applicability of section 1997e(a) to this suit, the court would like that argument to be made.

///

///

1  Accordingly, within **ten (10) days** from the date of service of this order, defendants shall file
2  a reply to plaintiff's opposition to their motion to dismiss for failure to exhaust or otherwise respond
3  appropriately to this order.

5  IT IS SO ORDERED.

6  **Dated:     June 14, 2006**                            /s/ Lawrence J. O'Neill
   b9ed48                                       UNITED STATES MAGISTRATE JUDGE