1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-3892
8    Fax: (916) 324-5205
     Email: Van.Kamberian@doj.ca.gov
9
   Attorneys for California Department of Corrections
10 and Rehabilitation, California State Prison - Corcoran,
   Woodford, Scribner, Ortiz, Reed, Payne and Brandon
11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14                          FRESNO DIVISION

15

16 | **GLENN RAY KEEL, JR.,**            | CIV-F-05-1298 AWI LJO

17 |                          Plaintiff,  | **STIPULATION TO MODIFY JOINT SCHEDULING REPORT**

18 |         v.

19 | **CDCR, et al,**

20 |                          Defendants.

21

22         The parties submitted a joint scheduling report for a conference set on January 9, 2006.

23 The parties proposed to designate experts by August 14, 2006 and complete non-expert discovery

24 by October 16, 2006.  The conference was continued to February 28, 2006, then vacated pending

25 resolution of Defendants' motions to dismiss filed on January 9, 2006 and May 5, 2006.

26 \ \ \

27 \ \ \

28 \ \ \

Stipulation to Modify Joint Scheduling Report

                                    1

1 | Counsel for the parties stipulate to modify the expert designation date to October 13,
2 | 2006 and the discovery cut-off date to December 15, 2006.

4 | DATED: 8/9/06                             /S/
                                              VAN KAMBERIAN
5 |                                           Deputy Attorney General
                                              Attorneys for Defendants

8 | DATED: 8/14/06                            /S/
                                              JAMES K. COBB
9 |                                           Attorney for Plaintiff

11 | Good cause appearing,

13 | IT IS SO ORDERED.

14 | **Dated:   August 16, 2006**                  /s/ Lawrence J. O'Neill
     i0d3h8                                    UNITED STATES MAGISTRATE JUDGE