BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
 Fax: (916) 324-5205
 Email: Van.Kamberian@doj.ca.gov

Attorneys for California Department of Corrections
and Rehabilitation, California State Prison - Corcoran,
Woodford, Scribner, Ortiz, Reed, Payne and Brandon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GLENN RAY KEEL, JR.,** | CIV-F-05-1298 AWI LJO |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO DISCOVERY** |
| v. | |
| **CDCR, et al,** | |
| Defendants. | |

Plaintiff served Defendants with a request for inspection and production of documents. Defendants' response is currently due on or before August 23, 2006.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1 | Counsel for the parties stipulate that Defendants shall have up to and including
2 | September 22, 2006 to respond to Plaintiff's request for production.
3 |
4 | DATED: August 16, 2006         /s/ **Van Kamberian**
  |                                VAN KAMBERIAN
5 |                                Deputy Attorney General
  |                                Attorneys for Defendants
6 |
7 |
8 | DATED: August 16, 2006         /s/ **James K. Cobb**
  |                                JAMES K. COBB
9 |                                Attorney for Plaintiff
10 |
11 | Good cause appearing,
12 | IT IS SO ORDERED.
13 | **Dated:   August 17, 2006**          /s/ **Lawrence J. O'Neill**
   | i0d3h8                                UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time for Defendants to Respond to Discovery

2