# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RAY KEEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-CV-01298-AWI-LJO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 34)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING DEFENDANTS CDCR, CSP-CORCORAN, AND WOODFORD FROM ACTION<br><br>(Doc. 23) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff Glenn Ray Keel ("Plaintiff") alleges that Defendants California Department of Corrections and Rehabilitation (CDCR), California State Prison - Corcoran (CSP-Corcoran), Jeanne S. Woodford, D. Ortiz, Reed, J. Payne, and Brendon violated his rights under the Eighth and Fourteenth Amendments of the United States Constitution. (Doc. 9.) This action is proceeding on Plaintiff's amended complaint, filed November 16, 2005. (Id.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 30, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 30, 2006, is adopted in full;
2. Defendants' CDCR, CSP-Corcoran, and Woodford's motion to dismiss Plaintiff's claims against them, filed January 9, 2006, is GRANTED, with prejudice; and
3. Defendants CDCR, CSP-Corcoran, and Woodford are dismissed from this action.

IT IS SO ORDERED.

**Dated:   August 28, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE