BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
 Fax: (916) 324-5205
 Email: Jeff.Steele@doj.ca.gov

Attorneys for Defendants Brandon, Ortiz, Payne, and Scribner
SA2005302156

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN RAY KEEL, JR.,** | 1:05-CV-1298 AWI LJO |
| Plaintiff, | **STIPULATION REGARDING DISCLOSURE OF POST ORDERS** |
| v. | |
| **CDCR, et al,** | (Doc. 50) |
| Defendants. | |

The parties in this matter enter into the following stipulation in order to resolve their outstanding discovery dispute regarding the disclosure of post orders pursuant to Plaintiff's request for production of documents, set one:

Defendants will produce post order numbers 6070 (4B3R Control Booth Officer), 6072 (4B3R Floor Officer #1), and 6073 (4B3R Floor Officer #2) to all counsel in this matter. Counsel will not provide a copy of any of these post orders to Plaintiff Keel. Counsel may provide copies of the post orders to their experts for purposes of this litigation, but will instruct their experts not to provide a copy of any post order to any other person, including but not

1  limited to Plaintiff Keel.  At the conclusion of this litigation, all copies of the post orders will be
2  returned to defense counsel.

3

4  DATED: December 7, 2006    _____
                              Jeffrey Steele
5                             Deputy Attorney General
                              Attorneys for Defendants
6                             Brandon, Ortiz, Payne, and Scribner

7
   DATED: December 7, 2006    _____
8                             Mark Harris
                              Attorney for Defendant Reed
9

10
   DATED: December 7, 2006    _____
11                            JAMES K. COBB
                              Attorney for Plaintiff
12

13
   The parties having stipulated
14

15

16
   IT IS SO ORDERED.
17
   **Dated:   December 12, 2006**        **/s/ Lawrence J. O'Neill**
18 b9ed48                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28