# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN RAY KEEL,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:05-CV-01298-AWI-GSA<br><br>**ORDER MOVING PRETRIAL CONFERENCE**<br><br>**ORDER DIRECTING PARTIES TO FILE PRETRIAL STATEMENT**<br><br>**ORDER DIRECTING THE PARTIES TO STATE WHETHER THEY ARE WILLING TO CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff Glenn Ray Keel ("Plaintiff") alleges that Defendants D. Ortiz, Reed, J. Payne, and Bendon ("Defendants") violated his rights under the Eighth Amendment by failing to protect him from an inmate attack and violated his due process rights under the Fourteenth Amendment by subjecting Plaintiff to an atypical and significant hardship.

On March 24, 2008, Defendants filed a motion to set new deadlines and a new trial date. On March 24, 2008, Magistrate Judge Gary Austin issued a new scheduling order that set the following dates in this action:

| | |
|---|---|
| Deadline for Disclosure of Expert Reports | - May 5, 2008 |
| Cut-off date for Expert Discovery | - June 4, 2008 |
| Deadline for filing Non-Dispositive Motions | - June 18, 2008 |
| Deadline for filing Dispositive Motions | - July 18, 2008 |

1     Pretrial Conference                                    - August 28, 2008, at 8:30 a.m.

2     Trial                                                      - October 21, 2008, at 8:30 a.m.

      A review of the docket reveals that no party has filed any motions since March 24, 2008. As such, it appears the parties are ready for Trial in this action to proceed on October 21, 2008.

      The court has reviewed its calendar and finds it necessary to move the Pretrial Conference because of the court's unavailability. Thus, the Pretrial Conference will be held on September 3, 2008, at 8:30 a.m. in Courtroom Two. The parties shall file a Pretrial Statement in conformance with Local Rule 16-281.

      In addition, the parties are hereby informed that a United States Magistrate Judge is available to conduct the trial in this action, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit. Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible. Having a Magistrate Judge preside over the trial makes it far more likely a case will not be delayed by other matters. While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, all parties are advised no adverse substantive consequences will result if any party withholds consent. The parties will be provided with forms that will allow them to consent or decline Magistrate Judge Jurisdiction.

      Accordingly, the court HEREBY ORDERS as follows:

1. The Pretrial Conference currently set for August 28, 2008 is VACATED;

2. The Pretrial Conference is re-set for September 3, 2008 at 8:30 a.m. in Courtroom Two;

3. The parties are ORDERED to file a Pretrial Statement in conformance with Local Rule 16-281;

4. The Clerk of the Court is DIRECTED to send all parties the court's standard Magistrate Judge Consent / Decline Form that will allow the parties to consent to or

decline Magistrate Judge Jurisdiction; and

5.   All parties SHALL notify the court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed form and returning it to the court by August 29, 2008.

IT IS SO ORDERED.

**Dated:   August 15, 2008**                         /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE